IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

|                     | ) |                        |
|---------------------|---|------------------------|
| Plaintiff,          | ) | No.                    |
|                     | ) |                        |
| vs.                 | ) |                        |
|                     | ) | JUDGMENT IN A CIVIL CASE |
|                     | ) |                        |
|                     | ) |                        |
| Defendant.          | ) |                        |

***JURY VERDICT.*** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

***DECISION BY COURT:*** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Dated: _____  PRIDGEN J. WATKINS
Clerk

_____
(By) Clerk